UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. _____ |
| vs. | JUDGE  2:20 cr 62 |
| STEVEN G. ROSSER and WHITNEY R. LANCASTER, | UNDER SEAL |
| Defendants. | Judge Morrison |

## SEALED MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Indictment in this case be sealed, as evidence in this case may be destroyed and the defendant and those involved in related cases may flee if they become aware of the investigation.

WHEREFORE, the United States respectfully requests that the Indictment be SEALED.

Respectfully submitted,

DAVID M. DeVILLERS
United States Attorney

s/ Kevin W. Kelley
KEVIN W. KELLEY (0042406)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Kevin.Kelley@usdoj.gov