United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:20-cr-62 (1)

Steven G. Rosser

## COURTROOM MINUTES
### Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   March 31, 2020 @ 12:15 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Kevin Kelley |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Bob Krapenc |
| Interpreter | | Pretrial/Probation: | |
| Log In | 12:55 p.m. | Log Out | 1:05 p.m. |

Defendant consents to video appearance.

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government does not seek detention.

Order setting conditions of release issued.

Plea of not guilty entered to counts 1-3.

Government motion to unseal case is granted.