## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:20-CR-62(1) |
| vs. | : | |
| | | JUDGE MORRISON |
| STEVEN G. ROSSER, | : | |
| Defendant. | : | |

### MOTION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF THE SOUTHERN DSTRCIT OF OHIO

Now comes Defendant, by and through counsel, and respectfully requests that the court allow him to travel outside of the Southern District of Ohio. Reasons for this motion are explained in the below Memorandum in Support.

Respectfully submitted,

__/s/ Robert F. Krapenc_____
ROBERT F. KRAPENC   (0040645)
150 East Mound Street
Suite 310
Columbus, Ohio 43215
Phone: (614) 221-5252
Fax: (614) 224-7101
Bob@Krapenclaw.com
Attorney for Defendant

## MEMORANDUM IN SUPPORT

Defendant Steven G. Rosser is currently on pre-trial supervision, with a jury trial scheduled for March 8, 2021.  Mr. Rosser has been compliant with the terms of pre-trial release since the inception of this case in March, 2020.

Defendant's grandparents, who are both more than 80 years old, reside in the state of Tennessee.  Defendant requests permission to visit them at their residence, 2144 Cumberland City Road, Dover, Tennessee, from February 11, 2021 through February 15, 2021.

Respectfully Submitted,

\_\_/s/ Robert F. Krapenc_____
ROBERT F. KRAPENC    (0040645)
150 East Mound Street
Suite 310
Columbus, Ohio 43215
Phone:  (614) 221-5252
Fax: (614) 224-7101
Bob@Krapenclaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION has been delivered via electronic mail service to Counsel for all parties of record, this 25th day of January, 2021.

.

\_\_/s/ Robert F. Krapenc_____
ROBERT F. KRAPENC    (0040645)
Attorney for Defendant