## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:20-cr-62(1) |
| vs. | : | Judge Sarah D. Morrison |
| STEVEN G. ROSSER, | : | |
| Defendant. | : | |

### ORDER

For good cause shown, and without objection from the United States, Defendant's Motion to Allow Defendant to Travel Outside of the Southern District of Ohio (ECF No. 36) is **GRANTED**.

1) The defendant may travel to Dover, Tennessee, from April 3, 2021 through April 11, 2021.

**IT IS SO ORDERED.**

DATE:      3/29/2021                                   /s/ Sarah D. Morrison
                                                       **The Honorable Sarah D. Morrison**
                                                       **United States District Judge**