THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.  2:20-cr-62(2) |
| | : | JUDGE MORRISON |
| WHITNEY LANCASTER | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION IN LIMINE TO EXCLUDE EVIDENCE**

Defendant Whitney Lancaster has moved this Court for an Order prohibiting introduction of any evidence at trial of the arrest of actress and dancer "Stormy Daniels"[1] by defendants Steven Rosser and Whitney Lancaster.  The United States reluctantly agrees with counsel for Lancaster that any such evidence is not relevant to the charges currently before this Court.  The United States will not seek to introduce any such evidence in our case in chief at the trial of Lancaster and Rosser.  Under these circumstances, the motion in limine is moot.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Kevin W. Kelley
KEVIN W. KELLEY (0042406)
NOAH R. LITTON (0090479)
Assistant United States Attorneys

---

1  The government is confident that counsel for Lancaster's motion in limine accurately and thoroughly describes the career arc of Ms. Daniels.

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion response was served this 18th day of October 2021 electronically on David H. Thomas and Kathryn S. Wallrabenstein, counsel for Defendant Lancaster.

    s/Kevin W. Kelley
    KEVIN W. KELLEY (0042406)
    Assistant United States Attorney