United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                         Case No. 2:20-cr-62 (1)

Steven G. Rosser

## COURTROOM MINUTES
## Lafler Hearing
### (USA Request for a Hearing Pursuant to Lafler v. Cooper)

| U.S. District Judge Sarah D. Morrison | | Date:   December 20, 2021 @ 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | Noah Litton/Kevin Kelley |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Robert Krapenc |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant Rosser appeared in person
Defendant Lancaster's Lafler Hearing is being rescheduled
Plea talks were discussed with limited negotiations; defendant is not interested in
pleading guilty to Count a 1 or 2
Court explained next steps with regard to trial and that we will move forward with the January 24 trial date