USA
 Plaintiff,

v.               Case Number 2:20-cr-62-1, 2
                 Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
 Defendants.

# Jury Trial Day 2
# Tuesday, February 15, 2022
# before Judge Sarah D. Morrison

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmel
Courtroom Deputy:  Denise Shane

 9:03 am Jury Trial Day 2, Mr. Kelley calls Brett Waite, Gov Ex 101, 412, (both admitted)
 9:45 am Cross of Waite by Mr. Krapenc
 10:20 am morning break
 10:35 am Continued cross of Waite by Mr. Krapenc
 10:53 am Cross of Mr. Waite by Ms. Wallrabenstein
 11:01 am Redirect by Mr. Kelley of Waite Gov Ex 530.1, 530.3
 11:13 am Mr. Litton calls Timothy Martin, 516.2A
 11:31 am Cross of Martin by Mr. Krapenc, SR-A
 11:42 am Redirect of Martin by Litton
 11:44 am Mr. Kelley calls Ali Warsame
 11:59 am Cross of Warsame by Krapenc
 12:05 pm Redirect of Warsame by Kelley
 12:06 pm Lunch
 1:15 pm Mr. Kelley calls Neil McMeekin, Gov Ex 104, 517.4, 517.3
 2:07 pm Cross of McMeekin by Mr. Krapenc
 2:14 pm Redirect of McMeekin by Kelley, 517.3 (admitted)
 2:16 pm Mr. Kelley calls Brandon Adams, Gov Ex 117 (admitted)
 3:34 pm Cross of Adams by Mr. Krapenc 102, (admitted) SR-B, 103, (admitted)
 4:24 pm Redirect of Adams by Kelley
 4:29 pm Mr. Kelley calls Demetrais Miller
 4:41 pm Cross of Miller by Mr. Krapenc
 4:42 pm Mr. Litton calls Adrian Richardson, Gov Ex 124 (admitted)
 4:55 pm Cross of Richardson By Mr. Krapenc
 5:00 pm Court adjourned.