USA
    Plaintiff,

v.                                                    Case Number 2:20-cr-62-1, 2
                                                    Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
    Defendants.

# Jury Trial Day 3
## Wednesday, February 16, 2022
## before Judge Sarah D. Morrison

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmel
Courtroom Deputy:  Denise Shane

    9:03 am Jury Trial Day 3, Mr. Litton Kelley calls Robert Martin, 515.1
    9:10 am Cross of Martin by Mr. Krapenc
    9:16 am Redirect of Martin by Mr. Litton
    9:17 am Mr. Kelley calls Sasha Grieco, Gov Ex 110
    9:28 am Cross of Grieco by Mr. Krapenc Gov Ex 509.1 Def Ex SR-3
    9:52 am Redirect of Grieco by Kelley
    9:53 am Mr. Kelley call Elisabeth Beine, Gov Ex 118, 117
    10:17 am Cross of Beine by Mr. Krapenc, SR-4, Gov Ex 118
    11:02 am Redirect of of Beine by Kelley
    11:05 am Mr. Litton call Ron Lemmon, 524.2, (admitted), 114 (pg (3 of 5 admitted)
    11:50 pm Cross of Lemmon by Mr. Krapenc
    12:02 pm Lunch
    1:15 pm Continued Cross of Lemmon by Krapenc, SR-5,
    1:49 pm Redirect of Lemmon by Litton
    1:51 pm Direct of Amy Pache by Mr. Kelley
    1:57 pm Cross of Pache by Ms. Wellrabenstein
    1:59 pm Mr. Kelley calls Logan Ramsier, Gov Ex 208,
    2:15 pm Cross of Ramsier by Krapenc, SR-6
    2:23 pm Direct by Mr. Litton of Howard Robbins, 523.1, 208,
    2:35 pm Cross of Robbins by Mr. Krapenc
    2:41 pm Mr. Kelley calls Armen Stepanian
    3:35 pm Cross of Stepanian by Mr. Krapenc, 1628-1648 audio, SR-8
    4:00 pm Redirect of Stepanian by Kelley
    4:04 pm Direct of Brian Thatcher by Mr. Kelley
    4:15 pm Cross of Thatcher by Krappenc
    4:30 pm Direct by Mr. Litton of Anthony Cox

4:39pm Cross of Cox by Mr. Krapenc
4:45 pm Court adjourned.