USA
    Plaintiff,

v.                                      Case Number 2:20-cr-62-1, 2
                                           Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
    Defendants.

# Jury Trial Day 4
# Thursday, February 17, 2022
# before Judge Sarah D. Morrison

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmel
Courtroom Deputy:  Denise Shane

    9:02 am Jury Trial Day 4, Mr. Kelley calls Yelena Nersesian,
    9:17 am Cross of Nersesian by Mr. Krapenc
    9:21 am Mr. Litton calls Kevin Horan
    Government reads first stipulations, 301, 302, 303, 304, 305 (all admitted), 306 (admitted)
    9:58 am Cross of Horan by Mr. Krapenc
    10:00 am Cross of Horan by Ms. Wallrabenstein
    10:32 am Mr. Kelley calls Michael Goebel. Gov Ex 407, (admitted). 406 (admitted)
    10:45 am Cross of Goebel by Mr. Krapenc
    10:53 am Mr. Kelley calls Victor Ciapis, GE 206, (admitted) 207 (admitted)
    Mr. Kelley reads stipulation #2, 406, 407, 216,
    Government reads stipulations #3, GE 513.1
    11:34 am Cross of Ciapis by Mr. Krapenc, SR-9,
    11:56 am Cross by Mr. Thomas of Ciapis
    12:03 pm Lunch
    1:02 pm Court meets with counsel
    Motion in Limine by Mr. Krapenc, Mr. Litton, Ms. Wallrabenstein, Mr. Krapenc
    1:24 pm – Government calls Allison Mills.
    1:28 pm Continue of Cross by Thomas of Ciapis,
    1:36 pm Redirect of Ciapis by Mr. Kelley
    1:40 pm Mr. Litton calls Allison Mills Gov Ex 206
    2:19 pm Cross by Mr. Krapenc of Mills, SR-10 (admitted),
    3:20 pm Cross of Mills by Ms. Wallrabenstein, Gov Ex 216 (admitted),
    3:54 pm Redirect of Mills by Litton, 207, 518.4
    3:58 pm Government Rests
    3:59 pm Jury Released

Government admitted exhibits
101, 2, 4, 5, 7, page 3, 114 of 17 of 18, 124, 206, 7, 216, 301 and 2, 303, 304, 305, 306, 401, 402, 406, 407, 412, 524.2 SR10, McMeekin GJ 517.3
Objection is moot, GJ testimony is admitted.

Defendant Rosser rests
Defendant Lancaster rests

Rule 29 Dismissal (Ct. 2) by Mr. Thomas
Rule 29 Dismissal (Ct 1) by Mr. Krapenc, Ct (2)
Judge is reserving ruling on the motions.
Lancaster objection # 1 overruled
Lancaster objection #2 (policies procedures) overruled (add language)
Additional language added by def, Lancaster
Instruction #28 Typo
Defendants testimony instruction

5:20 pm Court adjourned.