USA
    Plaintiff,

v.                                                Case Number 2:20-cr-62-1, 2
                                                      Judge Sarah D. Morrison

Steven G. Rosser
Whitney R. Lancaster,
    Defendants.

# Jury Trial Day 5
# Friday, February 18, 2022
# before Judge Sarah D. Morrison

For Plaintiff:  Kevin Kelley/Noah Litton
For Defendants: Robert Krapenc/David Thomas/Kathryn Wallrabenstein
Court Reporter: Allison Kimmel
Courtroom Deputy:  Denise Shane

    8:57 am Jury Trial Day 5
    Judge meets with counsel, Ms. Wallrabenstein renews motion to sever, motion denied
    9:04 am Closing arguments by Mr. Litton, 524.2, 118, 117, 207
    10:19 am Closing by Mr. Krapenc, 107
    11:44 am Closing by Mr. Thomas
    12:26 pm Mr. Kelley, 117, 207, 401
    12:57 pm Instructions of law
    1: 40 pm Court is Recess Jurors deliberating
    2:37 pm Mr. Thomas motion for a mistrial
    2:39 pm Mr. Krapenc
    2:40 pm Mr. Kelley
    2:42 pm Mr. Krapenc
    Court denies both motions for mistrial
    2:45pm Court in Recess
    4:58 pm Court meets with counsel regarding notes.
    4:59 pm Jurors returned to Courtroom, jurors request to go home for the weekend and return on Tuesday, February 22, 2022 @ 9:00 a.m. to continue deliberating.
    5:06 pm Court adjourned.