# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-062 |
| Plaintiff, | |
| vs. | JUDGE SARAH D. MORRISON |
| STEVEN G. ROSSER and WHITNEY R. LANCASTER, | |
| Defendants. | |

## VERDICT FORM
## COUNT 1

We the jury, in the above-entitled case, unanimously find the defendant, Steven G. Rosser,

    X    Not Guilty           _____ Guilty

of civil-rights conspiracy with respect to Brandon Adams.

| | |
|---|---|
| \_\_\_\_#14_____ Foreperson | \_\_\_\_#65_____ |
| \_\_\_\_#91_____ | \_\_\_\_#2_____ |
| \_\_\_\_#8_____ | \_\_\_\_#48_____ |
| \_\_\_\_#38_____ | \_\_\_\_#53_____ |
| \_\_\_\_#67_____ | \_\_\_\_#6_____ |
| \_\_\_\_#90_____ | \_\_\_\_#29_____ |

SIGNED THIS \_\_22nd\_\_\_\_ DAY OF FEBRUARY, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN G. ROSSER and <br> WHITNEY R. LANCASTER, <br><br> Defendants. | CASE NO. 2:20-cr-062 <br><br> JUDGE SARAH D. MORRISON |

**VERDICT FORM**
**COUNT 2**

We the jury, in the above-entitled case, unanimously find the defendant, Steven G. Rosser,

_____ Not Guilty        \_\_X\_\_ Guilty

of civil-rights conspiracy with respect to Armen Stepanian.

_____#14_____        _____#65_____
Foreperson

_____#91_____        _____#2_____

_____#8_____        _____#48_____

_____#38_____        _____#53_____

_____#67_____        _____#6_____

_____#90_____        _____#29_____

SIGNED THIS \_\_22nd\_\_\_ DAY OF FEBRUARY, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-062 |
| Plaintiff, | |
| vs. | JUDGE SARAH D. MORRISON |
| STEVEN G. ROSSER and WHITNEY R. LANCASTER, | |
| Defendants. | |

## VERDICT FORM
## COUNT 2

We the jury, in the above-entitled case, unanimously find the defendant, Whitney R. Lancaster,

    __X__ Not Guilty            _____ Guilty

of civil-rights conspiracy with respect to Armen Stepanian.

__#14_____      __#65_____
Foreperson

__#91_____      __#2_____

__#8_____      __#48_____

__#38_____      __#53_____

__#67_____      __#6_____

__#90_____      __#29_____

SIGNED THIS ___22nd___ DAY OF FEBRUARY, 2022.