6-18-01
1 of 2

To: Patrol Administrative Sgt.
From: Laurie Mondllah

Subject: Steve Rosser
Badge # 2253

Dear Sergeant,

Steve Rosser went above and beyond to help me and my three little boys this evening.

I was in my van at 5pm on 71 north at the Morse Road exit, this evening, when my van died. I had stopped for construction and my van would not re-start. Since I had stopped I could not drift to the side of the road. To make matters worse I had no cell phone my hazard lights would not turn on and I had my 7 year old son and my 5 year old twin boys and our dog Pep, in the van.

I had traffic to my right coming in to 71 from Morse Rd and to my left I-71 traffic. I was blocking an entire lane. My 7 year old was crying and I was trying to figure out what to do, that is when Steve Rosser parked his car in front of us. He was still in uniform

2

but he had just got off work. He stopped traffic and pushed my van to the side of the road. He then got my family + my dog home safely.

It is amazing to me he did this off duty and was pleasant and professional the entire time.

My boys said he saved us! He did, I agree! I do not know what I would of done if he had not stopped. He was our Angel.

Please let him know how grateful I am. You have a wonderful person and a credit to your police force.

Thank you,

Laurie Mondlak

Zach + Alex + Kyle



# Citizen Compliment • Inquiry • Complaint
## Columbus Division of Police

☒ **Compliment**

Distribution: Forward the original to the Chief's Office including complimentary letter, if applicable.

☐ **Inquiry #** _____

Distribution: Original to file (Patrol Administrative Office).
Copy to Section/Watch Lieutenant for routing to involved employee's immediate supervisor.

☐ **Complaint #** _____

Distribution: Original to Internal Affairs. Copy to Deputy Chief of involved employee(s).
Copy to involved employee(s), if known.
Copies (2) to Bureau/Zone Commander of involved employee.
Copy to complainant, if requested.
Copy for file (Patrol Administrative Office).

**Personnel Involved**: (List additional involved personnel in narrative below)

Name(s) P.O. Steven G. Rosser    2253    66-EMW
             Name               Badge/IBM/Tech. Number    Assignment

Name(s) _____    _____    _____
             Name               Badge/IBM/Tech. Number    Assignment

**Person making compliment/inquiry/complaint:**

Name  Joseph Brown          Sex M    Age 47    Ethnic Group White
Address  2886 Shilling Dr. Columbus, Ohio        Phone  439-6797

**Location**

Place of Occurrence  5th Ave. & Cleveland Ave.
Type of Premises  Street        Precinct  6        Cruiser District _____
Date  2-24-02            Time  6:23 PM       Radio Incident No. _____

**Description of Incident** (if complaint, specific allegations only)
Mr. Brown telephone to compliment Officer Steven Rosser for his professionalism during a traffic stop. Mr. Brown stated that Officer Rosser treated him with respect and firmly but fairly explained to Mr. Brown why he had stopped him. Mr. Brown commented, "You need more people like him (Officer Rosser)."

*The above statement is true and correct to the best of my knowledge:*

Complainant's Signature _____        Date _____

**Received by:**

Name and Badge/IBM  Sgt. John H. Harris #5305
Date/Time Received  2-25-02/11:30 AM           How Received  Telephone
Complaint Referred to  Chief's Office          Assignment _____

☐ Complaint Withdrawn    ☐ Resolved on Initial Contact-Inquiry    ☐ Cancelled For Cause
A-8 (Rev. 6/98)




# Employee Compliment
## Columbus Division of Police

**Personnel Involved** (List additional involved personnel in narrative below)

Name: ~~OFF. STEVEN ROSSER 2253~~ | Assignment: 116 EMW

**Person Making Compliment**

Name: KERMA Holowitz | Sex: F | Age: 48 | Ethnic Group: W
Address: 4038 Morse Rd
Telephone #: 476 4275

**Occurrence**

Location: 4038 Morse Rd
Date: 11-10-03 | Time: 830pm

**Specific Details of Occurrence**

MRS Holowitz is the owner of the Colonial Quick Stop and would like to thank Officer Rosser for stopping in and checking on them. Off Rosser has been very helpful with several problems they have been having in the neighborhood.

**Received by:**
Name and Badge/IBM #: Sgt. Beyer 5319
11-11-03

 

# Employee Compliment
## Columbus Division of Police

**Personnel Involved** (List additional involved personnel in narrative below)

| Name | Badge/IBM/Tech. Number | Assignment |
|---|---|---|
| Steven Rosser | 2253 | Zone 5 EMW |
| | | |
| | | |
| | | |
| | | |
| | | |

**Person Making Compliment**

Name: Marshall and Amy Fearn  Sex: F  Age: ___  Ethnic Group: ___
Address: 1324 Fair Ave.
Telephone #: (614) 737-3813

**Occurrence**

Location: Fair and Linwood  Radio Incident Number: 070330640
Date: 4/20/07  Time: 19:30  Cruiser District: 120

**Specific Details of Occurrence**

Ms. Fearn called in to compliment Officer Rosser for getting rid of the drug dealers on the corner of Fair and Linwood. Ms. Fearn states that her husband and herself have been working with community liason Officer Kalous #2001 and appreaciates the efforts that officers have taken to rid the area of gang members and drug dealers. Ms. Fearn stated that she appreciates the hard work that the officers do in the area. Ms. Fearn mentioned during this particular incident that her husband and herself observed Officer Rosser take the time to stop, get out of his patrol car and approach the drug dealers on the corner. Ms. Fearn stated that she wanted the officer to know that they saw what he did and wanted to thank him so much for helping get rid of the problem. Ms. Fearn stated that she realizes that the officers in the area don't always get alot of cooperation from the community, but she wanted to call in to state that she does appreciate their efforts in the neighborhood.

**Received by:**

Name and Badge/IBM #: Officer Amy Cole #2339
Date/Time Received: 04/20/07  09:10 pm  How Received: Telephone
A-9 (Rev 03-02)




# Employee Compliment
## Columbus Division of Police

RECEIVED
PERSONNEL ADMINISTRATION
07 AUG 20 AM 9: 06
DIVISION OF POLICE
COLUMBUS, OHIO

**Personnel Involved** (List additional involved personnel in narrative below)

Name ~~P.O.~~ Steve Rosser    Badge/IBM/Tech. Number: 2253    Assignment: 126-EMW

Name _____    Badge/IBM/Tech. Number: _____    Assignment: _____

Name _____    Badge/IBM/Tech. Number: _____    Assignment: _____

Name _____    Badge/IBM/Tech. Number: _____    Assignment: _____

Name _____    Badge/IBM/Tech. Number: _____    Assignment: _____

Name _____    Badge/IBM/Tech. Number: _____    Assignment: _____

**Person Making Compliment**

Name: Paul Corrigan    Sex: M    Age: ___    Ethnic Group: ___

Address: _____

Telephone #: (614) 282-3001

**Occurrence**

Location: OSU East Hospital    Radio Incident Number: ___

Date: 8/10/07    Time: ___    Cruiser District: ___

**Specific Details of Occurrence**

Mr. Corrigan stated Officer Rosser was off-duty and visited a patient at OSU East named Deedra Radford. Ms. Radford lives in the area where Officer Rosser patrols. Mr. Corrigan stated this was above and beyond the call of duty on the part of Officer Rosser.

**Received by:**

Name and Badge/IBM #: J. WILSON #5294

Date/Time Received: 8/11/07 8:00 pm    How Received: TELEPHONE

6-1-08

The Columbus Ohio, Division of Police
THE COMPLIMENTS ON PERSONAL OFFICE.
THE DIVISION COMMANDER
120 Marconi Blvd
Columbus Ohio. 43215.

Division Commander;

My Name is Richard Mason , and since December 07, I have been a Volunteer at PREMIER ACADEMY a Charter School run by the State of Ohio. The School is on the Church Grounds of St Philip Apostle Church and for many Years up to the end of the 05 School Year, was known as St Philip Apostle School run by the Dominican Sisters from St Marys Mother house on Airport drive, Ohio Dominic Colledge is on the same grounds as the Mother -House.

St Philips School closed at the end of the 05 School Year, And PREMIER Academy opened up at the start of the 06-07 School Year and I became a Volunteer December 07, working with 3 Teachers with different Subjects. and trying to get a Library put together for the School I am a Member of St Philip Church.

The Columbus Police help staff Premier Academy and I had the honor to meet them and they are Outstanding Superior Officers, that I hope will stay on for a long time. They do a Superior Job up and beyound the duty. And you know Kids Today are hard to work with. . But the Officers are experts. And Kind ,Friendly ,Courteous and Kind
The best there is to have at a School. and As I said they are Superior help

The Officers I have had the honor to meet and know are these

Steven #2253
1, OFFICER RUSSER I do not know his first name but he is the Commanding or LEAD OFFICER of the 3 Person Officer Team. There every day 5 days He does a Super job up and beyound the call of duty. He even talks to the Students in the Classroom sometimes in a most polite and courteous way. He is one of the may Officers you have but to me the best. Superior, great to see and know very helpful to everyone. He needs a letter of Comodation He is fantastic. I hope he comtinues to work with these kids because the world will be a better place to live in because of Of OFFICER RUSSER.

2. OFFICER CARRIE ARAUCO- Officer Arauco is not there all the time because

And I hope will have a great life because of her help. She is great with the Kids and Staff and Teachers. She is a superior officer.

3. OFFICER RICHARD ANDERSON OR RICKEY ANDERSON I do not know what he likes to be called . But he is at the School when he can be and is a expert at what he does. works superior with the Staff and Students and Teachers and does his job in a professional way. I hope some of the Students become Officers because of him and the other two Superior Officers. Officer Anderson is one Young Officer you want to keep. I would not trade him for anything. he is good. I hope he can continue to help at the School along with his other assignments.

So I wanted to send these Officers Names in they are Fantastic besides being outstanding.

I know Kids today, many don"t care, and give up to easy, but you can"t always blame them for that, because it is where they come from. It starts at home, and if that is not good, Problems come and I know Law enforcement does their best, Well it proves no one on this Earth is Perfect. But we should all try to do the best we can.

I will keep the Two Officers that were shot in my Prayers and hope they will be back at work real soon. I am very greatful they made it.

Well Chief, Thank you for letting 3 outstanding Superior Officers to help at Premier Academy. .I am a Volunteer at the School.

*[signature]*
Richard Mason- 231-5474.
P.O.Box 27122
Columbus Ohio.43227.




# Employee Compliment
## Columbus Division of Police

Compliment Number _____

**Personnel Involved** (List additional involved personnel in narrative below)

| Name | Badge/IBM/Tech. Number | Assignment |
|---|---|---|
| Sarah Skala | 2576 | GR7C -21 |
| Steven Rosser | 77 | 78C -21 |
| | | |
| | | |
| | | |
| | | |
| | | |

**Person Making Compliment**

Name  Carla Dakhteh    Sex  F    Age _____  Ethnic Group _____

Address  5110 Clark Shaw Rd. Powell, Ohio 43065

Telephone # (740) 972 - 6578

**Occurrence**

Location  270 / Eastonway  N/B    Radio Incident Number  090078458

Date  1 - 30 - 09    Time  1:21Am    Cruiser District  72

**Specific Details of Occurrence**

Caller had a flat tire on the freeway and attempted to change her tire. Her fingers were frozen to the point of numbness and she called 911 for help. Above officers responded and changed the tire for her getting her on her way. Caller stated the officers were very friendly yet professional and she wants to thank them. She stated this was a very tramatic experience and she is grateful.

**Received by:**

Name and Badge/IBM  Richard D. Criner Jr.# 1759

Date/Time Received  2 - 3 - 2009  11:30Am    How Received  Phone

A-9 (Rev. 3-02)

 

# Employee Compliment
## Columbus Division of Police

**Personnel Involved** (List additional involved personnel in narrative below)

| Name | Badge/IBM/Tech. Number | Assignment |
|---|---|---|
| B. Hall (Barry) | 2462 | 6C5 |
| S. Rosser (Steven) | 77 | 6C6 |
| | | |
| | | |
| | | |
| | | |

**Person Making Compliment**

Name: Joe Morgan  Sex: M  Age: 54  Ethnic Group: _____

Address: 5285 Sulgrave Drive New Albany, 43054

Telephone #: (614) 404-5369

**Occurrence**

Location: 5285 Sulgrave Drive  Radio Incident Number: 110931591

Date: 11/1/11  Time: 23:49  Cruiser District: 64

**Specific Details of Occurrence**

Mr. Morgan called in to 580 and stated that late last night he was drinking heavily and feeling very sorry for himself. Mr. Morgan said that he's embarrassed it came to this, but he was feeling so down that he considered taking the entire bottle of his prescription Vicatin and ending his life. Mr. Morgan stated that he had never called the police in his life, but if ever a time, thought this should be it. Officer's Hall #2462 and Rosser #77 responded in wagon 68. Mr. Morgan stated that in his time of need, officers Hall and Rosser were amazing. He said that even though they didn't know him and didn't have to really put any effort into a 54 yr old man who's down on his luck, that the officer's helped get his mind back on track and focused on the good things in his life. Mr. Morgan said that that officer's spent time with him and talked about his past college day's playing at Ohio State, as well as giving him information and numbers that he could use to help himself get help. Mr. Morgan stated that Officers Hall and Rosser probably saved his life last night. Mr. Morgan woke up today feeling like he had a new lease on life and could not be more appreciative of the time Officer Hall and Rosser spent with him. Mr. Morgan then stated that he has lived in multiple cities throughout the midwest, but he has never encountered a better, more professional police department than Columbus Police.

**Received by:**

Name and Badge/IBM #: S. Balmert #2480

Date/Time Received: 11-2-2011 18:45  How Received: Call to 4580

A-9 (Rev 03-02)