# DIVISION OF POLICE

Intra-Divisional

January 5, 2004

**To:** James G. Jackson, Chief of Police

**From:** Sergeant Donald M. Oliverio #5285, S-65-EMW

**Subject:** **Letter of Commendation**

**RE:** Officer Steven Rosser #2253, 116-EMW

**Charge:** **2925.11 Possession of 252 Grams of Cocaine (F2)**

---

Sir,

On December 15, 2003, at 8:36 PM., Officer Steven Rosser observed a traffic violator in the area of Cleveland Ave. and E. 5th Ave. The driver of the vehicle, later identified as Stanley Howard, was stopped for the violation on Cleveland Ave., just south of E. 5th Ave.

Officer Rosser approached Mr. Howard and advised him that he was clocked traveling 37 MPH in a 25 MPH zone. Mr. Howard was unable to produce a driver's license so Officer Rosser asked him to exit his vehicle. Officer Rosser was in the process of handcuffing Mr. Howard when Mr. Howard pulled away from Officer Rosser and fled the scene on foot.

Officer Rosser gave chase northbound on Cleveland Ave. and was able to grab hold of Mr. Howard's coat in an attempt to detain him. Mr. Howard resisted his lawful arrest and pulled his body from the coat causing the coat to fall to the ground. Mr. Howard continued to run until Officer Rosser apprehended him at the intersection of Cleveland Ave. and New York Ave. Mr. Howard again resisted arrest and only complied after being maced by Officer Rosser. Officer Rosser handcuffed Mr. Howard and went back to retrieve the coat.

Officer Rosser searched Mr. Howard incident to his lawful arrest for driving without a license and recovered 252 grams of powder cocaine from Mr. Howard's coat pocket. Mr. Howard was slated at the Franklin County Jail after being charged with possessing the cocaine, a felony of the second degree.

Letter of Commendation
January 5, 2004
Page 2

Officer Rosser's actions are a credit to the Division of Police, and he is to be commended for his efforts in making this exceptional arrest. I respectfully request that this Letter of Commendation be placed in Officer Rosser's master personnel file and be included in "On a Positive Note."

Respectfully submitted,

*[signature: Donald M Oliverio]*

SERGEANT DONALD M. OLIVERIO

DMO/dmo

S:/Sergeants/Oliverio,D/Letters of Commendation/2003/Rosser 12-15-04

*[Stamp: RECEIVED PERSONNEL ADMINISTRATION 04 JAN -7 PM 1:49 DIVISION OF POLICE COLUMBUS, OHIO]*

# Division of Police ~ Columbus, Ohio

# Special Commendation

## is awarded to

# Officer Steven Rosser

On March 30, 2007, Officers James Howe and Steven Rosser responded to a shooting on Dresden Street. Upon their arrival, the officers observed a male victim lying on the ground in a pool of blood with a gunshot wound to his upper leg.

Officers Howe and Rosser determined that the bullet must have struck the femoral artery, and they immediately worked to stem the flow of blood. Officer Rosser located a t-shirt nearby and the officers used this as a tourniquet, which slowed the flow of blood, until medics arrived a few minutes later. The responding medics indicated that the use of the tourniquet dramatically increased the man's chances for survival. The male was transported to the hospital where he underwent emergency surgery to repair the damage to his leg.

Officer Steven Rosser is awarded a Special Commendation for helping to save the life of another. His actions reflect great credit upon him and the Columbus Division of Police.

James G. Jackson
Chief of Police

DIVISION OF POLICE

Intra - Divisional

December 23, 2007

**TO:** James G. Jackson, Chief of Police

**FROM:** Lieutenant Kenneth J. Kuebler #5069 L5C

**SUBJECT:** Letter of Commendation
**Re:** Various Zone 5 C Company Officers

Sir,

On December 22nd, 2007 from 8AM to 10:30 AM, twenty-five Zone 5 C Company officers and sergeants donated their time to St. Stephen's Community House to assist with their "Christmas Care" community outreach. St. Stephen's collects toys and food during the Holiday Season to distribute to approximately 1800 families in crisis in the Columbus community. St. Stephen's collected an entire gymnasium full of both fresh fruits and vegetables and non-perishable items. Because this food comes from dozens of different sources, it needs sorted and processed into individual bags to be given out to St. Stephen's clients. This process involves hundreds of community volunteers donating their time over 16 hours during the weekend before Christmas. The Christmas Care program has been helping families for over 60 years. I approached my officers and sergeants on Zone 5 C and asked that they join me to assist in this process.

Our officers were very excited to participate in such a project. On Saturday morning, six sergeants and 19 officers, representing all five Zone 5 units, responded to St. Stephen's and nearly took over the food sorting process. When we first walked into the room, it was overwhelming to see how much work needed done. St. Stephen's has a specific list of foods to go into each bag. Other volunteers were individually working to pack bags of food, and walking all around the room gathering the items one-by-one to place in the bags. Our officers immediately recognized the inefficiency of this method and teamed up to create an assembly line operation to process bags as efficiently and effectively as possible. Officers divided into different task groups and turned the process into an athletic event, processing at least 600 bags filled with about 15 pounds of food each. Each of them left sweaty and tired after processing nearly five tons of food in just two hours.

The teamwork and devotion demonstrated by these officers and sergeants brought credit to the Division and provided a valuable service to our community. I am very proud of their selflessness and dedication. Most of the team had worked the night before

Therefore, they were already tired when we started. Several of them brought their children with them, giving us a team of thirty-six people.

I commend the following Zone 5 C Company officers and sergeants for participating in the St. Stephen's Community House "Christmas Care" operation.

**5 Precinct**
Andrew Ward #2209
John Davis #2171

**6 Precinct**
Jeff Kennedy #2046
Eric Poliseno #2024

**11 Precinct**
Julie Leach #32
Laurie Carney #861
Judy Beckwith #647
Jason Penhorwood #2474
Chris Tussing #2180

**12 Precinct**
Dirk Brown #2127
Duffy Everhart #2234
Eric Everhart #2280
Carrie Arauco #2267
James Hassey #2325
Steven Cockerham #1877

**Midwatch**
James France #2227
Aaron Myers #2302
Aaron Ward #2319
Steven Rosser #2253

**Sergeants**
Richard Ketcham #5179
Jeffrey Skinner #5242
Steven Redding #5254
Tim Sansbury #5340
Glenn Branam #5313
Bela Bernhardt #5250

Respectfully submitted,

LT. *[signature]* #5069

Lieutenant Kenneth J. Kuebler #5069 L5C

RECEIVED PERSONNEL ADMINISTRATION 2008 JAN 15 AM 12: 03 DIVISION OF POLICE COLUMBUS, OHIO

Columbus Ohio Division of Police

# Medal of Merit Award

presented to

## Officer Steven Rosser

On December 29, 2008, Sergeant Marc Dopp and Officer Steven Rosser were dispatched to a Brandt Circle residence on a report that a female had been assaulted by an armed male who had been hiding inside her apartment when she arrived home. Upon their arrival, the officers discovered an unlocked door and entered the darkened apartment to investigate further due to the nature of the call. They observed a handgun near the front door and heard music coming from the bedroom.

When Sergeant Dopp and Officer Rosser reached the bedroom, they observed a male sitting on the floor in the dark with the barrel of a 12-gauge shotgun inside his mouth prepared to commit suicide. The officers spent the next thirty minutes talking to the male until he unloaded the shotgun and laid it down on the bed and surrendered. At one point during the negotiations, Officer Rosser crawled across the bedroom threshold to turn on the bedroom light. The suspect was subsequently charged with first-degree felony counts of Kidnapping and Rape.

Officer Steven Rosser is awarded a Medal of Merit for actions that helped to save the life of another and resulted in the apprehension of a violent, armed felon. His actions are in the highest tradition of law enforcement professionalism and reflect great credit upon him and the Columbus Division of Police.

Walter L. Distelzweig
Chief of Police