**Hundley, Tina**

| | | RECEIVED BY POLICE EBU |
|---|---|---|
| **From:** | Kemmerling, Ronald | |
| **Sent:** | Tuesday, September 01, 2015 5:48 PM | 2015 SEP -9 AM 7: 17 |
| **To:** | Hundley, Tina | |
| **Subject:** | FW: Detective Rosser | |

Hello,

Can you please write this up as a compliment? The employee involved is Detective Steve Rosser #77 (Vice –EMW). If needed, I can complete the form if need be.

Thanks in advance,

Lt. Ron Kemmerling #5062
Columbus, Ohio Division of Police
Vice Section
Office: 614-645-4920
Cell: 614-774-7702

**From:** Sperlazza, William A. [mailto:WASperlazza@columbus.gov]
**Sent:** Sunday, August 30, 2015 12:44 PM
**To:** Kemmerling, Ronald
**Cc:** Rapp, Mark T.; Soha, Scott
**Subject:** Detective Rosser

Lt. Kemmerling:

I want to take a moment to tell you about Det. Rosser's testimony at the DLC on Friday.

The City objected to the renewal of the liquor permit at 1020 E. Broad—the Chips N' Go. This store has been a thorn in the side of the Old Town East neighborhood for years; as was demonstrated by the large turnout of concerned neighbors who attended the hearing on 8/28/2015.

Per usual, Det. Rosser did a great job during my direct examination; he testified about the 16 underage sales of alcohol CPD has obtained in the last 18 months at this store, and about how poorly run the store is.

But what I'm writing you about is the cross examination Det. Rosser had to endure by attorney for the permit holder, John Tanoury. Mr. Tanoury's cross examination of Det. Rosser was one of the longest and harshest I have witnessed in my 10 years with the City Attorney's Office. It was laden with personal attacks, insinuation, sarcasm, and flat out disdain. Mr. Tanoury was rude to Det. Rosser; he would not let him finish his answers, he tried to put words into Det. Rosser's mouth, and he insinuated that he was a dishonest person. I objected several times, and asked the hearing officer to stop the badgering; unfortunately the hearing officer let it go on.

Throughout the nearly 2 hour ordeal, Det. Rosser conducted himself with professionalism and class. His answers were smart, sharp, and politely given—he never raised his voice, even when the attacks became personal. He showed a restraint that I know I would not have shown. He did not let Mr. Tanoury get away with the tricks he was trying to pull off, he did not allow Mr. Tanoury to get under his skin, and he achieved this through a calm and articulate recitation of the facts. Det. Rosser's cool under this pressure situation will be a large reason why (I believe) we will win this objection hearing. In fact, after this marathon hearing, the hearing

officer came up to me and said, unsolicited, "wow, Steve really handled all of that very very well." This sentiment was also shared with me by several of the concerned citizens who attended the hearing.

Thank you to everyone at VICE who makes our liquor permit objection process successful. Please feel free to forward this up the chain as you see fit.

-Bill Sperlazza

William A. Sperlazza
Assistant City Attorney / Zone 1
Columbus City Attorney Richard C. Pfeiffer, Jr.'s Office
375 South High Street, 7th Floor
Columbus, OH 43215-4530
ph: (614)-645-7479
fx: (614)-645-8902
wasperlazza@columbus.gov
www.columbuscityattorney.org

2015 SEP -9 AM 7: 17

RECEIVED BY POLICE EBU