| COLUMBUS DIVISION OF POLICE Sworn Employee Performance Evaluation | Date: 8/29/2018 | Rating Period: 8/24/2017 to 8/29/2018 |
|---|---|---|
| Employee's Name and Badge/IBM Number RECEIVED BY POLICE EBU<br>Officer Steve Rosser #77 | Assignment:<br>Vice EMW | Length of Time Supervised: |
| Supervisor's Name and IBM Number 2018 SEP -6 PM 2:35<br>Sergeant Scott Soha #5146 | Assignment:<br>Vice EMW | 12 months |

## PERFORMANCE EVALUATION FORM

| Performance Categories | Ratings | | | |
|---|---|---|---|---|
| | Exceeds | Meets | Devel. Needed | Not Applic. |
| **1. Written Communication**<br>Expressing oneself in written documents specific to assignment. | ☒ | ☐ | ☐ | ☐ |
| **Comments:** Det. Rosser completes neat, error free and timely writings and includes all detailed relevant information in documents. Det. Rosser is proficient with his computer and can organize his thoughts in a readily understandable form within Division policy. | | | | |
| **2. Oral Communication**<br>Expressing oneself orally in a concise, understandable manner. | ☐ | ☒ | ☐ | ☐ |
| **Comments:** Det. Rosser can effectively communicate with officers, supervisors and citizens. Det. Rosser comprehends information and can maintain eye contact and uses appropriate body language. Det. Rosser provides information clearly and accurately and exhibits effective listening skills. | | | | |
| **3. Appearance**<br>Conforming to Division Directives and policies on appearance. | ☐ | ☒ | ☐ | ☐ |
| **Comments:** Det. Rosser is physically capable of performing the duties of a police officer and maintains a professional appearance consistent with Division guidelines of his current assignment. | | | | |
| **4. Dependability**<br>Completing duties, assignments accurately and in a timely manner. | ☒ | ☐ | ☐ | ☐ |
| **Comments:** Det. Rosser always completes assignments efficiently, accurately and expediently. He consistently and correctly applies written Division procedures, maintains the highest standards of honesty and integrity, and has used no sick leave during the rating period. | | | | |
| **5. Job Knowledge**<br>Understanding duties, responsibilities. Knowing laws, rules, and directives. | ☐ | ☒ | ☐ | ☐ |
| **Comments:** Det. Rosser is competent in the use of police equipment, follows up on reports when additional information is given and understands the duties and responsibilities of his job. | | | | |
| **6. Problem Solving**<br>Recognizing problems, collecting relevant information, analyzing the information, developing solutions consistent with directives/policies. | ☐ | ☒ | ☐ | ☐ |
| **Comments:** Det. Rosser is willing to tackle difficult problems, is responsive to requests for assistance from the community and other officers, and follows Division policies in resolving problems. | | | | |
| **7. Officer Safety**<br>Utilizing good judgment, consistent with directives and policies, in order to facilitate safe completion of duty-related activities. | ☒ | ☐ | ☐ | ☐ |
| **Comments:** Det. Rosser takes the initiative in assisting other officers in identifying officer safety issues, continually stays informed of officer safety techniques, and is constantly aware of the surroundings for his safety and the safety of others. | | | | |

| | Exceeds | Meets | Devel. Needed | Not Applic. |
|---|---|---|---|---|
| **8. Interpersonal Skills/Teamwork** — Effectively, positively and tactfully interacting with coworkers, [subordinates], superiors and the public. Working with others. | ☐ | ☒ | ☐ | ☐ |

Comments: Det. Rosser interacts with other members in a positive manner, applies training and aquired skills to assist others, shares appropriate and useful information and is considerate of others in his unit.

| | Exceeds | Meets | Devel. Needed | Not Applic. |
|---|---|---|---|---|
| **9. Judgment and Discretion** — Using intelligent judgment and fairness in performing duties. | ☐ | ☒ | ☐ | ☐ |

Comments: Det. Rosser makes proper decisions, recognizes criminal, civil and jurisdictional limits. Det. Rosser considers the results of decisions and the effects on others.

| | Exceeds | Meets | Devel. Needed | Not Applic. |
|---|---|---|---|---|
| **10. Organizational/Leadership Capabilities** — Planning, organizing, delegating and carrying out duties responsibilities, assignments and projects. | ☐ | ☒ | ☐ | ☐ |

Comments: Det. Rosser takes responsibility for subordinates' activities, develops subordinates' skills and encourages growth. Det. Rosser gives and welcomes feedback and is considerate of others.

| | Exceeds | Meets | Devel. Needed | Not Applic. |
|---|---|---|---|---|
| **11. Performance of Tasks Typical of Specific Assignment** — Tasks peculiar to current assignment as provided in the Division's Job Description Manual. | ☒ | ☐ | ☐ | ☐ |

Comments: Det. Rosser completes tasks specific to the assignment without assistance, demonstrates knowledge of all areas of responsibility and articulates to others how to complete unit tasks.

| | Exceeds | Meets | Devel. Needed | Not Applic. |
|---|---|---|---|---|
| **12. Review of Supervisor's Evaluation** — Uses the performance evaluation to identify and discuss employees' strengths/weaknesses, and career goals. Reviewed annually during the subordinate supervisor's review. | ☐ | ☐ | ☐ | ☐ |

Comments:

**EMPLOYEE'S COMMENTS:**

☒ Emergency contact information of employee is current. If not, complete the Change of Personal Information, form A-31.120, and forward to the Personnel Unit.

**DOCUMENTATION OF CAREER COUNSELING:**

Det. Rosser is happy in his current assignment and has no plans of taking a promotional exam.

Det. Rosser is currently assigned to the Vice Section- Liquor Liasion and has no plans of taking another job within the Division at this time.

**NOTICE:** Employees may express disagreement with this performance evaluation by requesting, in writing within ten (10) of the employee's working days, a formal review of the evaluation by the chain-of-command.

| Employee's Signature | Supervisor's Signature | Rater's Supervisor's Signature |
|---|---|---|
| *[signed]* #77 | *[signed]* Sgt. Scuas #846 | *[signed]* Lt R2K #562 |
| Date 8/30/18 | Date | Date 9/5/18 |

U-10.104 (1/10)