IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.

Steven G. Rosser

    **Defendant.**

: CASE NO: 2:20-CR-062(1)
: SDM

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-titled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/ Joseph M McCandlish
    JOSEPH M. MCCANDLISH (0073775)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614)469-5715
    Fax: (614)469-5240
    Email: Joseph.McCandlish@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant by first class mail, postage prepaid, this 19th day of December, 2022:

Steven G. Rosser 78898-061
P.O. Box 699
Estill, South Carolina  29918

                                              s/ Joseph M McCandlish
                                             JOSEPH M. MCCANDLISH (0073775)
                                             Assistant United States Attorney